UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 22 2007
RICHARD W. WICKING
CLERK U.S. DIST...

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>DUE, Dr.; et al.,<br><br>    Defendants - Appellees. | No. 07-15751<br>D.C. No. CV-04-01161-JSW<br><br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: **MAY 2 2 2007**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIELS,

        Plaintiff,

v.

WELLS et al,

        Defendant.

Case Number: CV04-01161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Daniels
C05131 A1-113
CSP Los Angeles County
44750 60th Street West
Lancaster, CA 93536-7620

Julianne Mossler
Attorney at Law
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Dated: May 22, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk